**Alfred William WALKER,
Petitioner–Appellant,**

v.

**UNITED STATES of America; Vanessa
P. Adams, Respondents–Appellees.**

No. 01–6007.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Alfred William Walker, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

PER CURIAM.

Alfred William Walker seeks to appeal the district court's order denying relief on his action that the district court construed as a 28 U.S.C.A. § 2255 (West Supp.2000) motion. We have reviewed the record and the district court's opinion and find no reversible error .* Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Walker v. United States,* No. CA–00–851–5–HC (E.D.N.C. Dec. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

* Walker's claim for relief under 28 U.S.C. § 2241 (1994) is unavailing because he does not meet the test for proceeding under § 2241 set forth in *In re Jones,* 226 F.3d 328, 333–34 (4th Cir.2000).